FILED

2020 FEB 19 AM 11: 39

CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Certificate Number: 20102-FLM-CC-034110275



20102-FLM-CC-034110275

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 18, 2020, at 9:56 o'clock PM EST, Jennifer Marlow received from 1stopbk.com Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Middle District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 18, 2020   By: /s/Marcy Walter

Name: Marcy Walter

Title: Certified Personal Finance Counsleor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).