**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

JENNIFER KAYE MARLOW            CASE NO. 20-bk-01383-CPM
                                                                       CHAPTER 13

               Debtor.
_____/

## **OBJECTION TO CONFIRMATION OF PLAN**

Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, files its Objection to Confirmation of Plan and states:

1. On October 28, 2019, the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida entered a Final Judgment of Mortgage Foreclosure against the Debtor. A copy of the Final Judgment is attached hereto as Exhibit A.

2. The Proof of Claim Bar Date is April 7, 2020 and Creditor intends to timely file a Proof of Claim.

3. Debtor's Plan does not provide for treatment to Creditor.

4. Accordingly, the underlying debt is not provided for in the bankruptcy and would be deemed non-dischargeable, pursuant to the holding in *Dukes v. Suncoast Credit Union (In re Dukes)*, 909 F.3d 1306, 1322 (11th Cir. Dec. 6, 2018) ("So, because the [creditor's] mortgage was not 'provided for' by the plan under § 1328(a), it was not discharged.").

5. In the event the Debtor amends the Plan to provide treatment to Creditor, the arrearage claim, as well as the regular monthly payment, should be cured and paid through the Plan.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

>  */s/ Gavin N. Stewart*
>  Gavin N. Stewart, Esquire
>  Florida Bar Number 52899
>  P.O. Box 5703
>  Clearwater, FL 33758
>  P: (727) 565-2653
>  F: (727) 213-9022
>  E: bk@stewartlegalgroup.com
>  Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail this 27th day of March 2020.

>  */s/ Gavin N. Stewart*
>  Gavin N. Stewart, Esquire

**VIA REGULAR MAIL**
Jennifer Kaye Marlow
94 Tatum Road
Sarasota, FL 34240

**VIA CM/ECF NOTICE**
Jon Waage
P O Box 25001
Bradenton, FL 34206-5001

U.S. Trustee
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602