FILED VIA MAIL

APR 13 2020

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

**Fill in this information to identify your case:**

Debtor 1    _Jennifer K Marlow_
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Middle_ District of _Florida_

Case number    _8:20-bk-01383_
            (If known)

 Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................    $ 223,000

   1b. Copy line 62, Total personal property, from *Schedule A/B* .................................    $ _____

   1c. Copy line 63, Total of all property on *Schedule A/B* ...........................................    $ 223,000

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............    $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ....................    $ 0

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................    + $ 8800

   **Your total liabilities**    $ 8,800

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................    $ 1918

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ................................................    $ 822

Debtor 1    _Jennifer K. Marlow_                    Case number (if known) _20 BK 01383 CPM_
First Name    Middle Name    Last Name

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _1918_

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _0_ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _553_ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _0_ |
| 9d. Student loans. (Copy line 6f.) | $ _0_ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _0_ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _0_ |
| 9g. **Total.** Add lines 9a through 9f. | $ _553_ |

**Fill in this information to identify your case and this filing:**

Debtor 1  _Jennifer K Marlow_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _Middle_ District of _Florida_

Case number  _8:20-bk-01383_

☒ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1.**  _94 Tatum Road_
Street address, if available, or other description

_Sarasota  FL  (34240)_
City                State         ZIP Code

_Sarasota_
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ _223,000_   $ _223,000_

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.**  _____
Street address, if available, or other description

_____

_____
City                State         ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ _____   $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

Debtor 1 _Jennifer K Marlow_
First Name   Middle Name   Last Name

Case number (if known) _20-bk-01383-CPM_

**1.3.** _____
Street address, if available, or other description

_____

_____
City            State      ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$_____        $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .......................................➔  $223,000

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☒ No
☐ Yes

**3.1.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$_____        $_____

If you own or have more than one, describe here:

**3.2.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$_____        $_____

Debtor 1   _Jennifer K Marlow_
         First Name   Middle Name   Last Name

Case number (if known) _20-bk-01383 CPM_

---

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[                ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

---

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[                ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1.  Make: _____

Model: _____

Year: _____

Other information:

[                ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

---

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

[                ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

---

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................→ $_____

---

Debtor 1 ___Jennifer K. Marlow___
         First Name  Middle Name  Last Name

Case number (if known) 20-bK-01383-CPM

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☒ Yes. Describe......... 20 + YEARS old L          $ 1500

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners, music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☒ Yes. Describe........... USED FOR WORK AS WELL          $ 2500

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☐ No
   - ☒ Yes. Describe........... 2 PRINTS          $ 700

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☐ No
   - ☒ Yes. Describe........... Treadmill (2000) YEAR          $ 100

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☐ No
    - ☒ Yes. Describe........... 1          $ 500

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☒ Yes. Describe........... used          $ 500

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☒ Yes. Describe...........          $ 300

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☐ No
    - ☒ Yes. Describe........... 1 FARREL          $ 0

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☒ No
    - ☐ Yes. Give specific information. ...............          $ 0

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................➔          $ 6,100

---

Debtor 1 _Jennifr K Marlow_
First Name    Middle Name    Last Name

Case number (if known) _20 bK 01383 CPM_

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☒ Yes ........................................................................................................................

   Cash: ........................ $ _73⁰⁰_

17. **Deposits of money**
   Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☐ Yes .....................

   Institution name:

   | | | |
   |---|---|---|
   | 17.1. Checking account: | _Sabal Palm Bank_ | $ _11,000_ |
   | 17.2. Checking account: | | $ |
   | 17.3. Savings account: | | $ |
   | 17.4. Savings account: | | $ |
   | 17.5. Certificates of deposit: | | $ |
   | 17.6. Other financial account: | | $ |
   | 17.7. Other financial account: | | $ |
   | 17.8. Other financial account: | | $ |
   | 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
   Examples: Bond funds, investment accounts with brokerage firms, money market accounts

   ☐ No
   ☒ Yes .................

   Institution or issuer name:

   _____ $ _1,106_
   _____ $
   _____ $

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☒ No
   ☐ Yes. Give specific information about them.......................

   Name of entity:

   | | % of ownership: | |
   |---|---|---|
   | | 0% | $ |
   | | 0% | $ |
   | | 0% | $ |

Debtor 1    _Jennifer K Mardow_
First Name    Middle Name    Last Name

Case number (*if known*)    20-bk-01383 CPM

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them......................

Issuer name:

_____    $_____
_____    $_____
_____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes..........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes..........................

Issuer name and description:

_____    $_____
_____    $_____
_____    $_____

---

Debtor 1    Jennifer X MARLOW                    Case number (if known) 20 bK -01383
First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

❑ Yes ..................................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____ $_____

_____ $_____

_____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

❑ Yes. Give specific information about them.... | $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

❑ Yes. Give specific information about them.... | $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

❑ No

☒ Yes. Give specific information about them.... | INSURANCE Agent License | $ ?

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

❑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................
Federal: $_____
State: $_____
Local: $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

❑ Yes. Give specific information..............
Alimony: $_____
Maintenance: $_____
Support: $_____
Divorce settlement: $_____
Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

❑ Yes. Give specific information..............
$ 0

Debtor 1    _Jennifer K Marlow_
　　　　　First Name　　　Middle Name　　　Last Name

Case number (if known) _20-bk-01383 CPM_

---

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ☒ Yes. Name the insurance company of each policy and list its value. ...

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | United American HSA | children | $ 4,600 |
   | | | $ |
   | | | $ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☒ No

   ☐ Yes. Give specific information.............    　　　　　　　　　　　　　　$ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No

   ☐ Yes. Describe each claim. ...................    　　　　　　　　　　　　$ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☐ No

   ☒ Yes. Describe each claim. .................    Secured Possessory Claim - SEE ATTACHED    $ 1,163,000
   　　　　　　　　　　　　　　　　　　　　　　EXHIBIT "A"
   　　　　　　　　　　　　　　　　　　　　　6 + 7 oF 13 pages

35. **Any financial assets you did not already list**

   ☒ No

   ☐ Yes. Give specific information............    　　　　　　　　　　　$ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................→    $ 1,184,179

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ☒ No. Go to Part 6.

   ☐ Yes. Go to line 38.

   **Current value of the portion you own?**
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ☐ No

   ☐ Yes. Describe.......    United American (#49 month)    $ 49⁰⁰

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☒ No

   ☐ Yes. Describe.......    　　　　　　　　　　　　　　　　　　$ _____

---

Debtor 1   Jennifea K Marlow
First Name    Middle Name    Last Name

Case number (if known) 20 BK 01383

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe.......                                                    $_____

**41. Inventory**

☒ No

☐ Yes. Describe.......                                                    $_____

**42. Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe.......    Name of entity:                    % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe........                                          $_____

**44. Any business-related property you did not already list**

☒ No

☐ Yes. Give specific
information .........    _____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................................. ➔    $   49 —

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the
portion you own?

Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes.........................                                          $_____

Debtor 1    Jennifer K Marlow
            First Name    Middle Name    Last Name

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
    information.............                                                                              $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.........................                                                                            $_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.........................                                                                            $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
    information.............                                                                              $_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** ......................................................................→  $_____0_____

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
    information.............                                                                              $_____
                                                                                                         $_____
                                                                                                         $_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................→  $_____

---

**Part 8:    List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** ....................................................................→  $ 223,000

**56. Part 2: Total vehicles, line 5**                                      $_____0_____

**57. Part 3: Total personal and household items, line 15**                $_6,100_____

**58. Part 4: Total financial assets, line 36**                            $ 1,184,179

**59. Part 5: Total business-related property, line 45**                   $____49_____

**60. Part 6: Total farm- and fishing-related property, line 52**          $_____0_____

**61. Part 7: Total other property not listed, line 54**                 +$_____0_____

**62. Total personal property. Add lines 56 through 61.** ...............   $ 1,190,328  Copy personal property total →  +$ 1,190,328

**63. Total of all property on Schedule A/B. Add line 55 + line 62.**.........................................................  $ 1,413,328

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2019150834    13  PG(S)

11/1/2019 1:22 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
CIVIL COURTS          Receipt # 2442500

THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT

IN AND FOR SARASOTA COUNTY, FLORIDA

Jennifer Kaye Marlow                    CASE NO: 2019-CA-00887 NC

Petitioner,

v

NEWREZLLC, D/B/A

SHELLPOINT MORTGAGE SERVICING

Respondent,

### AMENDED NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN of the institution in the above-entitled Court; of the above styled cause, by the Petitioner and the above-named Respondents involving the following described property, situate and being in SARASOTA County, Florida, to-wit:

**PARCEL ID # 0217160027          0705 - PALMER FARMS 3RD UNIT  20-36S-19E**

COM AT SE COR OF TRACT 35 TH N-0 -01-18-E 444 FT FOR POB TH CONT N-0-01-18-E 212.35 FT TH N-88-37 -W 200 FT TH S-0-01-18-W 212.35 FT TH S-88-37-E 200 FT TO POB BEING PART OF TRACT 35 CONTAINING 0.98 AC M/L PALMER FARMS THIRD UNIT OR 2143/1023 OR 2143/1024 OR 2143/1025 OR 2143/1026

Seeking the Court's determination of Superior right, title and interest to the above real property and related personal property.    Supporting Exhibits Attached (3)

### PLEASE GOVERN YOURSELVES ACCORDINGLY

Dated this ___9ᵗʰ___ day of September, 2019.

Petitioner

*Jennifer K. Marlow*

Jennifer Kaye Marlow

c/o 94 Tatum Road, Sarasota, Florida (34240)

A—Affidavit of Non-Abandonment        B--Affidavit of Possessory Interest

C--Acceptance of Deed

Exhibit "A"
13 pages

1 of 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the parties

listed herein via email or U.S.P.S

this _10_ day of _September_, 2019

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING

C/O CORPORATION SERVICE CO.,

1201 HAYS STREET

TALLAHASSEE, FLORIDA  32301

Jennifer K. Marlow

Jennifer K. Marlow

September _10_ 2019

2 of 13

**AFFIDAVIT OF NOTICE**

ATTENTION COUNTY REGISTRAR OF DEEDS: This instrument covers secured interest and goods that are or are to become fixtures on or improvements to the Property described herein and is to be filed for record in the real estate records.

**PUBLIC NOTICE TO PUBLIC AND PRIVATE CONCERNS**

NOTICE of Non-Abandonment of Property and Claims NOTICE of Secured Interest of Property

NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCPAL

**NOTICE of Non-Abandonment of Property and Claims**

PLEASE TAKE NOTICE, that Jennifer K. Marlow, your Affiant and the undersigned, with personal knowledge of matters set forth herein, one of the people of Florida, in correct public capacity, being of majority in age, competent to testify with clean hands, without waiving any rights, remedies, or defenses ares, verifies and affirms that the facts stated herein are true, correct, and complete in all material fact, not misrepresented and made under the penalties of perjury of the laws of the united States of America and the State of Florida, except those statements of fact made upon information and belief, and as to those statements, the undersigned believes them to be true:

KNOW ALL MEN BY THESE PRESENT, that I, Jennifer K. Marlow, the undersigned, do hereby give NOTICE that the homestead land, improvements thereon and therein, have not and will NOT be abandoned by We, Me, Myself, and I, nor any of My heirs or assigns and/or through any simulation of a legal process as under color of law, color of authority, and/or color of title or overlay or by the sale of the legal description known as:

ALL THAT CERTAIN LAND SITUATE IN SARASOTA COUNTY, FLORIDA,

Subdivision: 0705 - PALMER FARMS 3RD UNIT

Sec/Twp/Rge: 20-36S-19E

Parcel Description: COM AT SE COR OF TRACT 35 TH N-0 -01-18-E 444 FT FOR POB TH CONT N-0-01-18-E 212.35 FT TH N-88-37 -W 200 FT TH S-0-01-18-W 212.35 FT TH S-88-37-E 200 FT TO POB BEING PART OF TRACT 35 CONTAINING 0.98 AC M/L PALMER FARMS THIRD UNIT OR 2143/1023 OR 2143/1024 OR 2143/1025 OR 2143/1026

Situs Address:     94 TATUM RD SARASOTA, FL, 34240

3 of 13
A
1 j 4

No word, action, notice, and/or writing be construed to imply the granting of any power of attorney, waiver of private property, land, and homestead rights as One of the People, or any certificate or assignment of title to any purchaser in JENNIFER K. MARLOW by operation of law, or any seizure or 5th Amendment taking without just compensation by force of arms, and all rights and interests

remain in Me, Myself, and I, or to My heirs, forever.

### NOTICE of Non-Abandonment of Property and Claims NOTICE of Secured Interest of Property

I will not and/or have not abandoned the aforementioned property and/or associated accounts, contracts or trusts willingly, intelligently or voluntarily, unless done so by force, threat of force and/or duress that would be in violation of the Fifth Amendment of the united States Constitution, and ALL CLAIMS, CAUSES OF ACTION, ETC., TO THE PROPERTY BY JENNIFER K. MARLOW ARE STILL RIPE AND SHALL BE PURSUED TO THE FULLEST EXTENT THAT THE LAW PERMI'I'S.

You have been NOTICED.

### NOTICE of Secured Interest of Property/Land

The undersigned has an equitable, secured interest in the subject property/land. The undersigned's equitable, secured interest in the subject property is itemized in a separate supporting Affidavit of Possessory Interest dated September 9, 2019, Document # 2019 _15 0834_ pages _6 - 7_ on public record in Clerk of Sarasota County, Florida available upon request. The undersigned's equitable, secured interest exceeds Five-Hundred Thousand Dollars ($500,000.00).

The undersigned says in accordance with labor, services, and materials furnished by the undersigned and/or others, since on or about November 1989, on and for the homestead, land, improvements therein and thereon, for labor, materials, and services for the upkeep and maintenance, payments, interest, taxes, fees, assessments, new construction, all repairs and replacements, and any and all improvements thereon and therein, for said land and homestead that is under deed by JENNIFER K. MARLOW, for a total value of and in sum set certain as of this date that exceeds Five-Hundred Thousand Dollars ($500,000.00) of which remains unpaid and as outstanding principal together with interest thereon at the rate of seven percent (7%) per annum from November 1989, as of September 9, 2019.

THE UNDERSIGNED RESERVES ALL RIGHTS TO ADJUST THE SUM CERTAIN OF SECURED, EQUITY INTEREST' IN 'I'IIE SUBJECT PROPERTY To REFLECT ADDITIONAL IMPROVEMENTS, MAINTENANCE OR EXPENSES.

No word or action, notice, and/or writing can be construed to imply the granting of any power of attorney, waiver of rights, or assignment of title to name and/or private homestead land improvements therein and thereon as inheritance and reinstatement of claim of right. The undersigned is the holder in due course and the secured party.

4 of 13

A
2 of 4

Notice of Non-Abandonment of Property and Claims

NOTICE of Secured Interest of Property

State of Florida )

)ss.:    JURAT/ ACKNOWLEDGMENT

County of Sarasota        )

On this . **10ᵗʰ**        day of September,  2019, before me, **Eureka L Webb** _____

a Notary Public in and for the State of Florida and county of Sarasota, personally appeared Jennifer K. Marlow, who proved to me on the basis of satisfactory evidence to be the living woman who attested and subscribed to the within above instrument, by the above-named party's unlimited commercial liability, as true, correct, complete and not misleading, and further proven that she is the woman subscribed to within this instrument .

Witness my hand and seal this· **10ᵗʰ** day of September 2019

NOTARY PUBLIC

Notary Public State of Florida
Eureka L Webb
My Commission GG 208886
Expires 06/12/2022

MY SEAL EXPIRES ON _____**6/12/2022**_____

5 of 13
A
4 of 4

*Exhibit B*

Jennifer Kaye Marlow

c/o 94 Tatum Road

Sarasota, Florida (34240)


### AFFIDAVIT OF POSSESSORY INTEREST OF JENNIFER KAYE MARLOW

STATE OF FLORIDA      )

            ) ss

COUNTY OF FLORIDA     )

Comes now, Jennifer Kaye Marlow, Your Affiant, being competent to testify and being over the age of 21 years of age, after being duly sworn according to the law to tell the truth about the facts related herein states, that she has firsthand knowledge of the truth to the facts stated herein and believes these facts to be true to the best of her knowledge.

1. Your Affiant, Jennifer Kaye Marlow and her spouse, Ralph V. Marlow, entered into an agreement to purchase specific real property in November 1989.

2. Your Affiant, Jennifer Kaye Marlow, notices that the address of said property is 94 Tatum Road, Sarasota, Florida (34240).

3. Your Affiant, Jennifer Kaye Marlow, notices that the legal description of said property is as attached. See exhibit A.

4. Your Affiant, Jennifer Kaye Marlow, had a mortgage agreement specific to said proper Your Affiant, Jennifer Kaye Marlow ty in which the value was $216,000.00.

5. As of January 2017, Your Affiant, Jennifer Kaye Marlow, made payments totaling $ 304,000.00.  This includes property taxes, insurances, as well as payments to multiple alleged servicers pursuant to the alleged loan agreement specific to the purchase of the above referenced property including but not limited to Sentinel Mortgage, the original lender.

6. Your Affiant, Jennifer Kaye Marlow, as of June,2019 has 30 years of maintenance and upkeep of said property, with a value of $67,940.00.

7. Your Affiant, Jennifer Kaye Marlow has made improvements to said property from the time of original purchase to the present which are valued at $243,800.00.

6 o F 13

*B*
*18 3*

8. Your Affiant, Jennifer Kaye Marlow, has provided security for said property for 360 months valued at $547,500.00 ($50 per day)

9. Your Affiant, Jennifer Kaye Marlow, has a total Secured Possessory Interest in said property of $1,163,240.00.

10. Your Affiant, Jennifer Kaye Marlow, proclaims these facts remain irrefutable unless disputed with contrary evidence within 30 days of the filing of this document.

11. To date, no party has made an offer to Your Affiant, Jennifer Kaye Marlow, to settle Affiant's interest in said property.

    Further, Affiant saith nought.

Signature _____

Jennifer Kaye Marlow

Date

9/18/19

State of Florida

County of Sarasota

Subscribed and sworn to (or affirmed) before me on this ___10th___ day of

___September___, 2019,

By Jennifer Kaye Marlow, proved to me on the basis of satisfactory evidence to the person who appeared before me.

_____

Notary Public Eureka L. Webb

(Seal)



Notary Public State of Florida
Eureka L Webb
My Commission GG 208886
Expires 06/12/2022

7 of 13

13

2 of 3

Exhibit A of B

## LEGAL DESCRIPTION

**Property Record Information for 0217160027**

**Situs Address:**

**94 TATUM RD SARASOTA, FL, 34240**

**COM AT SE COR OF TRACT 35 TH N-0 -01-18-E 444 FT FOR POB TH CONT N-0-01-18-E 212.35 FT TH N-88-37 -W 200 FT TH S-0-01-18-W 212.35 FT TH S-88-37-E 200 FT TO POB BEING PART OF TRACT 35 CONTAINING 0.98 AC M/L PALMER FARMS THIRD UNIT OR 2143/1023 OR 2143/1024 OR 2143/1025 OR 2143/1026**

8 of 13

B

3 f 3

*Exhibit C*

Prepared by and return to

Jennifer K Marlow
94 Tatum Road,
Sarasota, FL (34240)

## CERTIFICATE OF ACCEPTANCE

This certificate of acceptance is made by Jennifer K. Marlow, hereinafter referred to as "Grantee" as named in the DISTRIBUTIVE DEED dated August 1, 1989 and recorded on August 10, 1989 in the official records Sarasota County Florida

On or about August 1st 1989 the Grantee accepted said DISTRIBUTIVE DEED, instrument number 057983, Book 002143, Page 001027, of Sarasota County as Grantee in trust, together with all hereditaments, messauges, appurtenances, privileges, rights, interests, dower, reversions, remainders and easements thereunto appertaining, as lawfully seized of said property in fee simple, in completion of that conveyance of title.

Grantee has the right to grant and convey the property. Grantee, by his heirs and assigns, shall have quiet enjoyment thereof as grantor "fully warrants the title to the property and will defend the title against the lawful claims of all person whomsoever and that the property is free of all encumbrances not set forth herein."

Grantee is lawfully seize the of the estate in land conveyed by DISTRIBUTIVE DEED in consideration of a sum of $10 and other valuable consideration, paid by Grantee's agent, receipt of which was acknowledged by Grantor when he did grant, bargain, sell and convey to Grantee, his heirs and assigns forever, the following described property situate in Sarasota County Florida.

9 of 13
C
1 of 4

The Appraisers parcel identification number for the property is 0217160027

 Sec/Twp/Rge: 20-36S-19E   Known as: 94 Tatum Road, Sarasota, Florida

Parcel Description: COM AT SE COR OF TRACT 35 TH N-0 -01-18-E 444 FT FOR POB TH CONT N-0-01-18-E 212.35 FT TH N-88-37 -W 200 FT TH S-0-01-18-W 212.35 FT TH S-88-37-E 200 FT TO POB BEING PART OF TRACT 35 CONTAINING 0.98 AC M/L PALMER FARMS THIRD UNIT OR 2143/1023 OR 2143/1024 OR 2143/1025 OR 2143/1026

Subject to valid easements, reservations and restrictions of record, governmental regulations and real property taxes for the current year. All rights of modification are fully reserved by the undersigned due to accident mistake and or new information.

WITNESS by my hand and seal, this *10* day of September, 2019

Signed sealed and delivered in the presence of

By _Jennifer K Marlow_

Jennifer K. Marlow

Witness _____

Print name of witness_ Margaret G. Minor

Witness _____

Print name of witness_ CHARLENE DAVIS

10 of 13
←
2.F4

3³

057983

PERSONAL REPRESENTATIVE'S DISTRIBUTIVE DEED
(TESTATE)

THIS INDENTURE is made this 1st day of August, 1989, by and between EARL/MARLOW, the duly qualified and active Personal Representative of the estate of MAE T. MARLOW, deceased, party of the first part, and RALPH V. MARLOW and JENNIFER K. MARLOW, Husband and Wife, whose address is: 309 Tantum Ridge Rd. Sarasota, Florida 34240                   , party of the second part.

WITNESSETH: That WHEREAS, MAE T. MARLOW died testate a resident of Charlotte County, Florida, on November 7, 1988, seized and possessed of the real property hereinafter described; and

WHEREAS, title to said property passed to the party of the second part as of the date of said decedent's death pursuant to the provisions of the decedent's Last Will and Testament, which was admitted to probate and record by the Circuit Court for Charlotte County, Florida, Probate Division, Probate No. 88-910-CP, subject only to the right of the party of the first part to sell or encumber the property for the purpose of defraying claims, costs, and expenses of administration of decedent's estate; and

WHEREAS, the party of the first part wishes to sell said property to the party of the second part,

NOW, THEREFORE, in consideration of the foregoing, the party of the first part does hereby grant, convey, and sell unto the party of the second part, their heirs and assigns forever, all of the interest of said decedent in and to the real property situated in Sarasota County, Florida, described as follows:

Begin at the Southeast corner of Tract 35, of PALMER FARMS, 3rd Unit, as recorded in Plat Book 3, Page 39, Public Records of Sarasota County, Florida; thence North 0° 01'18" East along the West line of Tatum Road, 444.0 feet for a Point of Beginning; thence continue North 0° 01'18" East, 212.35 feet; thence North 88° 37' West, 200 feet; thence South 0° 01'18" West, 212.35 feet; thence South 88° 37' East 200 feet to the Point of Beginning; containing 0.98 acres.

TOGETHER with all and singular the tenements, hereditaments, and appurtenances belonging to or in any way appertaining to that real property, subject to all restrictions, reservations, and easements of record, if any, and ad valorem taxes for the current year. Property DP# 17488.0000

IN WITNESS WHEREOF, the undersigned, as Personal Representative of the estate of said decedent, has executed this instrument under seal on the date aforesaid.

OR BOOK 002143

PAGE 001027

Signed, sealed and delivered
in the presence of:

_____

_____

_Earl L. Marlow_
Earl/Marlow
Personal Representative of the Estate
of Mae T. Marlow, deceased

STATE OF FLORIDA
COUNTY OF CHARLOTTE

I HEREBY CERTIFY that the foregoing instrument was acknowledged before me this 1st day of August, 1989, by EARL/MARLOW, as Personal Representative of the Estate of MAE T. MARLOW, deceased.

My Commission Expires:

11 of 13

C

3.54

of the date of said decedent's death pursuant to the provisions of the decedent's Last Will and Testament, which was admitted to probate and record by the Circuit Court for Charlotte County, Florida, Probate Division, Probate No. 88-910-CP, subject only to the right of the party of the first part to sell or encumber the property for the purpose of defraying claims, costs, and expenses of administration of decedent's estate; and

WHEREAS, the party of the first part wishes to sell said property to the party of the second part,

NOW, THEREFORE, in consideration of the foregoing, the party of the first part does hereby grant, convey, and sell unto the party of the second part, their heirs and assigns forever, all of the interest of said decedent in and to the real property situated in Sarasota County, Florida, described as follows:

Begin at the Southeast corner of Tract 35, of PALMER FARMS, 3rd Unit, as recorded in Plat Book 3, Page 39, Public Records of Sarasota County, Florida; thence North 0° 01'18" East along the West line of Tatum Road, 444.0 feet for a Point of Beginning; thence continue North 0° 01'18" East, 212.35 feet; thence North 88° 37' West, 200 feet; thence South 0° 01'18" West, 212.35 feet; thence South 88° 37' East 200 feet to the Point of Beginning; containing 0.98 acres.

TOGETHER with all and singular the tenements, hereditaments, and appurtenances belonging to or in any way appertaining to that real property, subject to all restrictions, reservations, and easements of record, if any, and ad valorem taxes for the current year.  Property DP# 17488.0000

IN WITNESS WHEREOF, the undersigned, as Personal Representative of the estate of said decedent, has executed this instrument under seal on the date aforesaid.

Signed, sealed and delivered
in the presence of:

_Earl L. Marlow_
Earl Marlow
Personal Representative of the Estate
of Mae T. Marlow, deceased

STATE OF FLORIDA
COUNTY OF CHARLOTTE

I HEREBY CERTIFY that the foregoing instrument was acknowledged before me this 1st day of August , 1989, by EARL MARLOW, as Personal Representative of the Estate of MAE T. MARLOW, deceased.

My Commission Expires:

_Betsy L. Apice_
Notary Public

"OFFICIAL NOTARY SEAL"
BETSY L. APICE
MY COMM. EXP. 6/19/92

THIS INSTRUMENT PREPARED BY:
  Stephen deH. Schwarz
  OLMSTED, SCHWARZ, KAHLE
  & CASANUEVA, P.A.
  2327 Aaron Street
  Port Charlotte, Florida 33952

Doc. Stamp Pd. $ 330.00
Intang. Tax Pd. $
Karen E. Rushing, Clerk Sarasota County
By _R M Dunlane_
    Deputy Clerk

12813
C
4 54

002143
OR BOOK

001027
PAGE

Any interested party may contact: Jennifer K. Marlow, the secured party, whose mailing address is
Jennifer K. Marlow c/o 94 Tatum Road, Sarasota, Florida (34240).


ALL PROSPEC'I'IVE PURCHASERS BEWARE, the undersigned's secured, equitable interest herein
described must be SATISFIED before any legal transfer of title to the subject  property.  THIS DOCUMENT
REFLEC'I'S THA'I' A POSSESSORY LIEN AND A PRESERVATION OF EQUITY INTEREST LIEN HAS BEEN
PLACED ON 'I'HE SUBJEC'I' REAL PROPERTY LISTED HEREIN, A CLAIM OF LIEN TO EQUITABLE, SECURED
INTEREST. ALL RIGHTS AND REMEDIES RESERVED/RETAINED WITHOUT PREJUDICE, WITHOUT
RECOURSE.


Dated this __*20*__ day of September, 2019.

Done under my hand and seal of my freewill act and deed.




By: _____

Jennifer K. Marlow,  Authorized Signatory for  and Director of

JENNIFER K. MARLOW, a Legal Person

c/o   94 Tatum Road

Sarasota, Florida [34240]


13 of 13

A
3 + 4

Jennifer Marlow
94 Tatum Road
Sarasota Florida
(34240)

United States Bankruptcy Court
Sam Gibbons United States Courthouse
801 North Florida Ave
Suite 555
Tampa, Florida 33602-3899

Tampa/St Petb FL 336
SAT 11 APR 2020 PM

FOREVER USA
FOREVER USA
FOREVER USA