

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/29/2020 01:30 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:20-bk-01383-CPM | 13 | 02/19/2020 |

Chapter 13

**DEBTOR:**       Jennifer Marlow

**DEBTOR ATTY:**  NA

**TRUSTEE:**      Jon Waage

**HEARING:**

1-Initial Confirmation Hearing
        2-Objection to Confirmation of Plan Filed by Gavin Stewart on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing (related document(s)[18]). (Doc #22)
.

**APPEARANCES:**:
WAAGE..

**RULING:**
1-Initial Confirmation Hearing.. CONT TO 8/26/20 AT 1:35 PM..ORDER BY WAAGE..

2-Objection to Confirmation of Plan Filed by Gavin Stewart on
behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage
Servicing (related document(s)[18]). (Doc #22)

.
. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.