**FILED VIA MAIL**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

MAY 1 3 2020

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re   Jennifer K Marlow        )
                                 )
                                 )
,                                ) Case No. 8:20-01383-CPM
                                 )      Chapter 13
        Debtor.[1]               )
                                 )
                                 )

## OBJECTION TO CLAIM

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at www.flmb.uscourts.gov and serve a copy on the movant Jenifer Marlow 94 Tatum Road, Sarasota, Florida (34240) and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Debtor(s), Jennifer Marlow, sui juris, objects to the proof of claim filed in this case by

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and in states:

1.      This case was commenced by the filing of a bankruptcy petition on Feb. 19, 2020

---

[1] All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

2. Creditor NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING filed a purported proof of claim. Claim No. _8_ in the amount of $226,065.49 for Mortgage Foreclosure Judgment.

3. Debtor objects to Claim No. _8_ because

   1. Lower Court Foreclosure Case is in APPEAL
   2. Claim submitted fails to include Official Forms 410 S1 and Official form 410 S2,.
   3. No Evidence given of "MONEY" loaned as indicated in Part 2 # 8.
   4. A TENDER in settlement of account refused February 19, 2020.
   5. A Second TENDER in settlement of account accepted February 24, 2020.
   6. A Third TENDER in settlement of account accepted February 25, 2020.
   7. A Claim of Possessory Secured Interest to be satisfied (see attached Exhibit).

**WHEREFORE**, the Debtor(s) respectfully request(s) that the Court: (1) Sustain the Debtor(s) objection to the Creditor's proof of claim; (2) Disallow the claim as a legally unenforceable debt; and (3) Grant any other such relief as the Court determines just and proper, including attorneys' fees for bringing this objection.

Dated: May 11, 2020

/s/ by: _Jennifer Marlow_
All Rights Reserved
Jennifer Marlow
c/o 94 Tatum Road, Sarasota, Florida
(34240) 941 209 2100
Jenniferlm4994@gmail.com

### PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on    May 11, 2020
to:
Chapter 13 Trustee; Debtors; and Creditor.

/s/ by: _Jennifer Marlow_
All Rights Reserved
Jennifer Marlow (jenniferlm4994@gmail.com)
c/o 94 Tatum Road, Sarasota, Florida (34240)
941 209 2100

## **AFFIDAVIT OF POSSESSORY SECURED INTEREST**

### **AMENDED**

Comes now, Jennifer Kay Marlow, being competent to testify and being over 21 years of age, the age of majority, having been duly sworn according to the law to tell the truth to the facts related herein states that I have firsthand, personal knowledge of these facts stated herein and believes these facts to be true to the best of my knowledge regarding the property located in Sarasota County, Florida identified as Parcel ID # 0217160027, as Prima Facie Claim in accordance with Full Faith and Credit Clause.

1. Your Affiant, Jennifer Kay Marlow and her late spouse Ralph V. Marlow, received the property herein reference, November 1989 from the Family Estate. (See Exhibit **A** Testamentary Deed)

2. Your Affiant, Jennifer Kay Marlow notices that the address of said property is known as 94 Tatum Road, Sarasota, Florida.

3. Your Affiant, Jennifer Kay Marlow, notices that the legal description of said property is as attached. (See Exhibit **B**)

4. Your Affiant, Jennifer Kay Marlow notices that the property has been security for a series of Notes and Mortgages valued at $ 777,889.49. (See Exibit **C**)

5. Your Affiant, Jennifer Kay Marlow, has made a minimum of payments in excess of $ 304,000.00 on the mortgage dated 11-21-2002. This includes property taxes, insurances as well as payments to multiple alleged servicers, equity loans pursuant to the alleged loan agreement specific to the refinance of the above referenced property, including but not limit to Sentinel Mortgage, the original alleged "lender" and GMAC Mortgage LLC..

6. Your Affiant, Jennifer Kay Marlow, as of May 2020, has 30 + years of improvements, maintenance and upkeep of said property valued at $ 177,420.00. (See Exhibit **D**)

*Exhibit I*

7. Your Affiant, Jennifer Kay Marlow, has secured said property for 365 months with a minimum cost valued at $547,500.00 dollars ($50.00 daily)

8. Your Affiant, Jennifer Kay Marlow holds Total Secured Possessory Interest in said property valued in excess of $1,806,809.00.

9. Your Affiant, Jennifer Kay Marlow, claims she is the True Owner of the property in Sarasota County Florida identified by Parcel ID # 0217160027 including all suits, rights, titles and interest attached therein.

10. Your Affiant, Jennifer Kay Marlow, declares no one else has Higher, Prior or Equal title to this property. These facts remain irrefutable unless disputed with contrary evidence under oath or affirmation within 21 days of the filing of this document.

11. To Date, no party has made an offer to Your Affiant, Jennifer Kay Marlow, to settle Affiant's interest in said property.

Further, Affiant saith nought.

BY: _____
Jennifer Kay Marlow

Witness this Day 4th of May, 2020.

Signed in the presence of

_____ witness
EXPRESSLY RESERVING "ALL" LIBERTIES

_____ witness
EXPRESSLY RESERVING "ALL" LIBERTIES

PERSONAL REPRESENTATIVE DISTRIBUTIVE DEED
(TESTATE)

057983

THIS INDENTURE is made this 1st day of August, 1989, by and between EARL/MARLOW, the duly qualified and active Personal Representative of the estate of MAE T. MARLOW, deceased, party of the first part, and RALPH V. MARLOW and JENNIFER K. MARLOW, Husband and Wife, whose address is: 309 Tantum Ridge Rd. Sarasota, Florida 34240, party of the second part.

WITNESSETH: That WHEREAS, MAE T. MARLOW died testate a resident of Charlotte County, Florida, on November 7, 1988, seized and possessed of the real property hereinafter described; and

WHEREAS, title to said property passed to the party of the second part as of the date of said decedent's death pursuant to the provisions of the decedent's Last Will and Testament, which was admitted to probate and record by the Circuit Court for Charlotte County, Florida, Probate Division, Probate No. 88-910-CP, subject only to the right of the party of the first part to sell or encumber the property for the purpose of defraying claims, costs, and expenses of administration of decedent's estate; and

WHEREAS, the party of the first part wishes to sell said property to the party of the second part,

NOW, THEREFORE, in consideration of the foregoing, the party of the first part does hereby grant, convey, and sell unto the party of the second part, their heirs and assigns forever, all of the interest of said decedent in and to the real property situated in Sarasota County, Florida, described as follows:

Begin at the Southeast corner of Tract 35, of PALMER FARMS, 3rd Unit, as recorded in Plat Book 3, Page 39, Public Records of Sarasota County, Florida; thence North 0° 01'18" East along the West line of Tatum Road, 444.0 feet for a Point of Beginning; thence continue North 0° 01'18" East, 212.35 feet; thence North 88° 37' West, 200 feet; thence South 0° 01'18" West, 212.35 feet; thence South 88° 37' East 200 feet to the Point of Beginning; containing 0.98 acres.

OR BOOK 002143
PAGE 001027

TOGETHER with all and singular the tenements, hereditaments, and appurtenances belonging to or in any way appertaining to that real property, subject to all restrictions, reservations, and easements of record, if any, and ad valorem taxes for the current year. Property DP# 17488.0000

IN WITNESS WHEREOF, the undersigned, as Personal Representative of the estate of said decedent, has executed this instrument under seal on the date aforesaid.

Signed, sealed and delivered
in the presence of:

_____         _Earl T. Marlow_____
                                         Earl Marlow
_____         Personal Representative of the Estate
                                         of Mae T. Marlow, deceased

STATE OF FLORIDA
COUNTY OF CHARLOTTE

I HEREBY CERTIFY that the foregoing instrument was acknowledged before me this 1st day of August, 1989, by EARL/MARLOW, as Personal Representative of the Estate of MAE T. MARLOW, deceased.

My Commission Expires:

Exhibit A

WHEREAS, title to said property passed to the party of the second part as of the date of said decedent's death pursuant to the provisions of the decedent's Last Will and Testament, which was admitted to probate and record by the Circuit Court for Charlotte County, Florida, Probate Division, Probate No. 88-910-CP, subject only to the right of the party of the first part to sell or encumber the property for the purpose of defraying claims, costs, and expenses of administration of decedent's estate; and

WHEREAS, the party of the first part wishes to sell said property to the party of the second part,

NOW, THEREFORE, in consideration of the foregoing, the party of the first part does hereby grant, convey, and sell unto the party of the second part, their heirs and assigns forever, all of the interest of said decedent in and to the real property situated in Sarasota County, Florida, described as follows:

Begin at the Southeast corner of Tract 35, of PALMER FARMS, 3rd Unit, as recorded in Plat Book 3, Page 39, Public Records of Sarasota County, Florida; thence North 0° 01'18" East along the West line of Tatum Road, 444.0 feet for a Point of Beginning; thence continue North 0° 01'18" East, 212.35 feet; thence North 88° 37' West, 200 feet; thence South 0° 01'18" West, 212.35 feet; thence South 88° 37' East 200 feet to the Point of Beginning; containing 0.98 acres.

TOGETHER with all and singular the tenements, hereditaments, and appurtenances belonging to or in any way appertaining to that real property, subject to all restrictions, reservations, and easements of record, if any, and ad valorem taxes for the current year. Property DP# 17488.0000

IN WITNESS WHEREOF, the undersigned, as Personal Representative of the estate of said decedent, has executed this instrument under seal on the date aforesaid.

Signed, sealed and delivered
in the presence of:

_____        _____
                                       Earl/Marlow
_____        Personal Representative of the Estate
Betsy L. Apice                          of Mae T. Marlow, deceased

STATE OF FLORIDA
COUNTY OF CHARLOTTE

I HEREBY CERTIFY that the foregoing instrument was acknowledged before me this 1st day of August, 1989, by EARL/MARLOW, as Personal Representative of the Estate of MAE T. MARLOW, deceased.

My Commission Expires:

                                       _____
                                       Notary Public

"OFFICIAL NOTARY SEAL"
BETSY L. APICE
MY COMM. EXP. 6/19/92

Doc. Stamp Pd. $ 330.00
Intang. Tax Pd. $
Karen E. Rushing, Clerk Sarasota County
By: _____
     Deputy Clerk

THIS INSTRUMENT PREPARED BY:
  Stephen deH. Schwarz
  OLMSTED, SCHWARZ, KAHLE
   & CASANUEVA, P.A.
  2327 Aaron Street
  Port Charlotte, Florida 33952

Exhibit A
2 of 2

## Property Record Information for 0217160027

Ownership:        MARLOW JENNIFER K

94 TATUM RD, SARASOTA, FL, 34240-9105

Situs Address:

94 TATUM RD SARASOTA, FL, 34240

Land Area: 42,470 Sq.Ft.

Municipality: Sarasota County

Subdivision: 0705 - PALMER FARMS 3RD UNIT

Property Use: 0100 - Single Family Detached

Status OPEN

Sec/Twp/Rge: 20-36S-19E

Zoning: OUE - OPEN USE ESTATE

Total Living Units:1

Parcel Description:

COM AT SE COR OF TRACT 35 TH N-0 -01-18-E 444 FT FOR POB TH CONT N-0-01-18-E 212.35 FT TH N-88-37 -W 200 FT TH S-0-01-18-W 212.35 FT TH S-88-37-E 200 FT TO POB BEING PART OF TRACT 35 CONTAINING 0.98 AC M/L PALMER FARMS THIRD UNIT OR 2143/1023 OR 2143/1024 OR 2143/1025 OR 2143/1026

Exhibit "B"

**MORTGAGE HISTORY**

of Affiant **Jennifer Kay Marlow,**

re: property known as 94 Tatum Road, Sarasota, Florida

Parcel ID : 0217160027

Property Record Information

Legal Description

COM AT SE COR OF TRACT 35 TH N-0 -01-18-E 444 FT FOR POB TH CONT N-0-01-18-E 212.35 FT TH N-88-37 -W 200 FT TH S-0-01-18-W 212.35 FT TH S-88-37-E 200 FT TO POB BEING PART OF TRACT 35 CONTAINING 0.98 AC M/L PALMER FARMS THIRD UNIT OR 2143/1023 OR 2143/1024 OR 2143/1025 OR 2143/1026

Land Area: 42,470 Sq.Ft.   Municipality: Sarasota County   Subdivision: 0705 - PALMER FARMS 3RD UNIT   Property Use: 0100 - Single Family Detached   Status OPEN   Sec/Twp/Rge: 20-36S-19E

| Date | Amount | Lender |
|---|---|---|
| 08-10-1989 | $ 43,400.00 | Barnett Bank recorded # 037984 |
| 04-18-1991 | $ 17,000.00 | Barnett Bank recorded # 91037784 |
| 07-22-1996 | $ 88,000.00 | Sarasota Coastal Credit Union recorded # 94090420 |
| 06-04-1997 | $ 42,098.00 | Barnett Bank recorded # 97067466 |
| 08-03-1998 | $126,472.00 | Barnett Bank recorded # 1998102428 |
| 06-28-1999 | $ 12,371.64 | Nations Bank recorded # 1999087499 |
| 07-02-2001 | $ 138,847.85 | Bank of America recorded # 2001092861 |
| 05-24-2002 | $ 93,700.00 | Sarasota Coastal Credit Union recorded # 2002084250 |
| 11-21-2002 | $ 216,000.00 | Sentinel Mortgage recorded # 2002194105 |

A total of **$ 777,889.49** In Mortgages.

Mortgages herein referenced by Recorded File number in Clerk of Court Records Sarasota County Florida.

Exhibit "C"

## IMPROVEMENTS AND MAINTENANCE DATA

**Property Record Information re: property known as 94 Tatum Road, Sarasota, Florida**

Parcel ID : 0217160027                 Owner: Jennifer Kay Marlow

Legal Description

COM AT SE COR OF TRACT 35 TH N-0-01-18-E 444 FT FOR POB TH CONT N-0-01-18-E 212.35 FT TH N-88-37-W 200 FT TH S-0-01-18-W 212.35 FT TH S-88-37-E 200 FT TO POB BEING PART OF TRACT 35 CONTAINING 0.98 AC M/L PALMER FARMS THIRD UNIT OR 2143/1023 OR 2143/1024 OR 2143/1025 OR 2143/1026

Land Area: 42,470 Sq.Ft.    Municipality: Sarasota County    Subdivision: 0705 - PALMER FARMS 3RD UNIT    Property Use: 0100 - Single Family Detached    Status OPEN    Sec/Twp/Rge: 20-36S-19E

Records of improvements and maintenance and upkeep from August 1, 1989 to May 1, 2020.

| | |
|---|---|
| Construction of additions (2) | $55,450.00 |
| New Roofs (3) | $18,000.00 |
| Remodel Kitchen | $3,700.00 |
| Remodel Bathroom | $2,600.00 |
| Flooring (Carpet/tile) | $4,300.00 |
| Air/Heat Systems (4) | $12,800.00 |
| Insulation | $1,400.00 |
| Driveway paved | $4,500.00 |
| Electrical update | $700.00 |
| Painting interior/exterior (2) | $2,600.00 |
| Stucco exterior | $2,200.00 |
| Plumbing/Septic | $2,970.00 |
| Pest Control | $7,300.00 |
| Lawn Service | $21,900.00 |
| Gutter repair | $500.00 |
| Cleaning cost ($25.00 wk) | $36,500.00 |
| **Total** | **$177,420.00** |

Exhibit "D"

STATE OF FLORIDA        )

                                    )      **JURAT**

COUNTY OF SARASOTA )

Before me the undersigned, a Notary acting within and for the County of Sarasota and State of Florida on this __4th__ day of __May__, 2020, personally appeared and known to me - OR - proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument, to be the identical Woman, Jennifer Marlow, who being duly sworn, declared the above to be true, correct, and not meant to mis-lead, to the best of his firsthand knowledge, understanding, and belief, by his free will and voluntary act and deed by his signature on the foregoing document, executed the within instrument.

Given under my hand and seal this __4th__ day of __May__, __2020__

_____
Notary signature

__Eureka L. Webb__
Printed Notary name

My commission expires __6/12/2022__

Seal

Notary Public State of Florida
Eureka L Webb
My Commission GG 208886
Expires 06/12/2022

M. Meadows
c/o 6947 Patton Road
Sarasota, Florida
(34240)

U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Ave Suite 555
Tampa, Florida 33602

