United States Bankruptcy Court
Middle District of Florida

In re:  
Jennifer Kaye Marlow  
    Debtor

Case No. 20-01383-CPM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-8     User: lewisb     Page 1 of 1     Date Rcvd: May 14, 2020  
                Form ID: Dodrclm     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.
```
db             +Jennifer Kaye Marlow,    94 Tatum Road,    Sarasota, FL 34240-9105
               +NewRez LLC,    c/o Peter Knapp,    Authorized Agent,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 5703,    Clearwater, FL 33758-5703
28827104       +New  Rez, LLC,    1100 Virginia Dr  Ste 125,    Fort Washington, PA 19034-3235
28922247        NewRez LLC,   d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, South Carolina 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:
```
            Gavin  Stewart    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
             bk@stewartlegalgroup.com
            Jon  Waage    jwflecf@trustee13.com
            Jon  Waage    on behalf of Trustee Jon  Waage jwflecf@trustee13.com
            United States Trustee - TPA7/13, 7    USTPRegion21.TP.ECF@USDOJ.GOV
            Victor H Veschio    on behalf of Creditor    Achieva Credit Union BANKRUPTCY@GIBBLAW.COM,
             VVESCHIO@GIBBLAW.COM
```
                                                                                                                     TOTAL: 5

[Dodrclm] [District Order Directing Response to Objection to Claim]

ORDERED.

**Dated: May 14, 2020**

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:	Case No.
	8:20−bk−01383−CPM
	Chapter 13

Jennifer Kaye Marlow

_____Debtor*_____/

## ORDER DIRECTING RESPONSE TO OBJECTION TO CLAIM

(Claim No. 8 of NewRez, LLC dba Shellpoint Mortgage Servicing)

   THIS CASE came on for consideration, without hearing, of the Objection to Claims ("Objection") filed by the debtor on May 13, 2020 , Doc. No. 33 . The Objection is a contested matter governed by Fed. R. Bankr. P. 9014. Accordingly, it is

   **ORDERED:**

   The Claimant may file a written response to the Objection within thirty (30) days from the date of this order. If no timely response is filed, the Court may without further hearing sustain the Objection, disallowing the claim, or overrule the Objection, allowing the claim as scheduled or filed.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.