[Dntchrg] [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:20−bk−01383−CPM
Chapter 13

Jennifer Kaye Marlow

_____Debtor*_____/

NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on June 24, 2020, at 03:00 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on the following matter:

Objection to Claim(s) #8 of NewRez LLC, dba Shellpoint Mortgage Servicing (Document No. 33) filed by Debtor

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Avoid delays</u>. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

5. <u>Telephonic Appearance Requirement</u>. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. Parties should arrange a telephonic appearance through Court Call (866−582−6878).

Dated: June 1, 2020

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.