United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 20-01383-CPM
Jennifer Kaye Marlow                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8         User: mullic          Page 1 of 1          Date Rcvd: Jun 01, 2020
                            Form ID: Dntchrg       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db              +Jennifer Kaye Marlow,    94 Tatum Road,    Sarasota, FL 34240-9105
cr              +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 5703,    Clearwater, FL 33758-5703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
           Gavin  Stewart    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
            bk@stewartlegalgroup.com
           Jon  Waage    jwflecf@trustee13.com
           Jon  Waage    on behalf of Trustee Jon  Waage jwflecf@trustee13.com
           United States Trustee - TPA7/13, 7    USTPRegion21.TP.ECF@USDOJ.GOV
           Victor H Veschio    on behalf of Creditor    Achieva Credit Union BANKRUPTCY@GIBBLAW.COM,
            VVESCHIO@GIBBLAW.COM
                                                                              TOTAL: 5

**[Dntchrg]** [District Notice of Hearing]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:                                                                        Case No. 8:20−bk−01383−CPM
                                                                              Chapter 13

Jennifer Kaye Marlow

_____Debtor*_____/

## NOTICE OF PRELIMINARY HEARING

    NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on June 24, 2020, at 03:00 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on the following matter:

    Objection to Claim(s) #8 of NewRez LLC, dba Shellpoint Mortgage Servicing (Document No. 33) filed by Debtor

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Avoid delays</u>. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

5. <u>Telephonic Appearance Requirement</u>. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. Parties should arrange a telephonic appearance through Court Call (866−582−6878).

                                    FOR THE COURT
Dated: June 1, 2020                  Sheryl L. Loesch , Clerk of Court
                                    Sam M. Gibbons United States Courthouse
                                    801 North Florida Avenue, Suite 555
                                    Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.