Filed Via Mail
JUN 23 2020
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re   Jennifer Kay  Marlow | ) |
| | ) |
| , | ) Case No. 8:20-01383 |
| | )          Chapter 13 |
| Debtor.[1] | ) |
| | ) |

**NOTICE OF MOTION**

**MOTION TO SHOW CAUSE**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at www.flmb.uscourts.gov and serve a copy on the movant Jenifer Marlow 94 Tatum Road, Sarasota, Florida (34240) and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

[1] All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

# Index

1. Cover
2. Motion — 6 pages
3. QWR — 2 pages
4. AFFIDAVIT — 15 pages
5. DECLARATION of NAME — 2 pages

Comes Now, Jennifer Kay Marlow, sui juris, and moves this Honorable Court to DENY the Claim submitted by NEWREZ LLC. And ORDER the CLAIMANT to SHOW CAUSE as to why this Honorable Court should NOT DECLARE this debt Satisfied And the Lien Released and so states;

"Equity Abhors A Forfeiture"

1. On October 28, 2019. The Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida entered A FINAL Judgment of Foreclosure in Favor of NEWREZ LLC against JENNIFER MARLOW, MORTGAGOR

2. On February 12, 2020 TENDER and notice was Forwarded via Express Mail with our PostMaster as witness, For the Purpose of settlement of ALL debts Against the debtor with regards to the Mortgage Loan # 058229869 - subject Loan of the Judgment.

3. TENDER was specially deposited, in Trust, with Fiduciary instructions to settle All debts and claims Against the mortgagor, debtor and was received on February 13, 2020.

4. Mortgagee returned the First Tender.

5. Mortgagee's response to the First TENDER is Empirical Evidence that the Mortgagee understands and has received Notice and TENDER For Settlement.

6. On February 13, 2020 a second TENDER and notice, For same, was Forwarded, via Express Mail with our Postmaster as witness. The Fiduciary instructions to settle all debt claims were the same as the First.

7. Mortgagee Accepted, has not disclaimed, rebutted, nor rescinded any obligation as TENDERED - received February 14, 2020. [DEPOSITED IN MORTGAGEE'S Account February 18, 2020.

8. In Good Faith, on behalf of mortgagor, IN TRUST, A Third TENDER and Notice was Forwarded by PRIORITY MAIL, with our Postmaster as witness, and received February 19 2020 11:00 AM. The Fiduciary instructions were the same as the First (DEPOSITED IN NEWREZ LLC Account 2-19-2020)

9. Mortgagee, NEWREZ LLC Again Accepted this TENDER, has not disclaimed nor Rebutted nor Rescinded Any obligation to perform the Fiduciary's duty to settle and discharge the mortgagor, debtor, without prejudice, For Future collection, FOREVER! [without prejudice - ucc 603(b) refusal of TENDER is dischArge, Also FloridA StAtute 673.603]]

10. All TENDERED have been witnessed, signed and stand as Empirical EVIDENCE to the CAUSE of the debtor.

11. Debtor requires the Full Forensic Accounting provided by mortgagee claimant to "SHOW CAUSE" that A debt EXISTS. As the mortgagor believes And has evidence that shows the debt has been extinguished by TENDER And Acceptance.

12. CHAImAnt, NEWREZ LLC had Knowledge of the TENDER. because they sent it back.

13. CLAIMANT, MORTGAGEE, NEWREZ LLC APPARENTLY changed changed their mind AS they Kept, Accepted And DEPOSITED Both Subsequent Tenders.

14. On February 19, 2020 (11:44 AM) Debtor, Mortgagor Filed For Protection under Chapter 13 of the Bankruptcy Code, Receipt # 152666.

15. The Attached AFFIDAVIT and Q.W.R SUPPORT the Foregoing.

16 I, Jennifer Kay Marlow, move this Honorable Court to order NEWREZ LLC, Claimant to SHOW CAUSE Why this Notion to Void the Claim should NOT BE GRANTED, 'Onus probandi' Has Shifted. And Further;

            "EQUITY SEES AS DONE
            WHAT OUGHT to HAVE Been done".

AS MORTGAGOR OF THE MORTGAGE subject of the Judgment, TO RESERVE And PROTECT EQUITABLE Rights And DeFenses, LET it Be Known Mortgagor does NOT WAive Equitable Rights OF Redemption on the Equity side.

"THE RIGHT SO FORMIDABLE IN FORCE AND EFFECT THAT IT LIES EVEN AGAINST THE KING"

THE ACCOUNT OF the MORTGAGOR'S Redemption must be included in the FORENSIC Accounting owed by the MORTGAGEE, NEWREZ LLC.

The debtor, Jennifer Kay Marlow, Requires the court to TAKE ASSIGNMENT OF the Mortgagor's Right of Redemption to order discovery and Full Accounting as to determine the offset of the Legal debt Against the EQUITY side for the True Accounting determination of the balance due and owing to Jennifer Kay Marlow And NEWREZ LLC.

Debtor, Jennifer Kay Marlow Appoints the Court the Fiduciary ASSIGNMENT AS PROTECTOR.

"EQUITY DELIGHTS IN
EQUALITY"

EQUITY IMPUTES AN INTENT TO
FULFILL AN OBLIGATION

EQUITY WILL NOT ALLOW A TRUST
TO FAIL FOR WANT OF A TRUSTEE.

WHEREFORE, I, Jennifer Kay Marlow,
move this Honorable Court to Proceed as directed herein
and Subsequently grant motion to deny claim
of NEWREZ LLC.

by: Jennifer Kay Marlow
All Rights Reserved Jennifer Kay Marlow
% 94 Tatum Road, Sarasota, Fl (34240)
(941) 209-2100

CERTIFICATE of SERVICE

A true and correct copy of The Foregoing has been
sent either US Mail or via Email on June 22, 2020.
To: Chapter 13 Trustee, Creditor, (Debtor?)

by: Jennifer Kay Marlow
All Rights Reserved - Jennifer Kay Marlow
% 94 Tatum Road, Sarasota, Fl (34240)
(941) 209-2100

Page 6 of 6

# DECLARATION
## OF PROPER NAME

I, Jennifer-Kay of the family Marlow, a creation of the Supreme Creator (God), in *esse* and *sui juris*, solemnly affirm and declare that I was naturally born on the third day of October in the Year Nineteen Hundred Forty Nine (October 3, 1949. On that day. My natural and legal parents, Wallace of the family Lawrence and Natalie Henrietta of the family Lawrence (nee Holmes), gave me the name of "Jennifer Kay". Inheriting the family name of "Marlow" by marriage, I am ":Jennifer-Kay Marlow", the name correctly spelled with both Upper and Lower case letters according to the English rules of grammar pertaining to the spelling of a proper name and surname/family name of an individual natural person.

I, Jennifer-Kay Marlow, am neither a member of the United States Armed Forces, nor am I a rebel, belligerent, enemy or terrorist publicly residing in an occupied territory under rule of martial conqueror/commander in chief. Therefore, I am not "JENNIFER KAYE MARLOW, JENNIFER MARLOW, Jennifer Kaye Marlow, Jennifer Marlow, Jennifer Kay Marlow, MARLOW ,JENNIFER KAYE; MARLOW, JENNIFER; MARLOW, JENNIFER K; Marlow, Jennifer-Kay; Marlow, Jennifer Kaye; Marlow,Jennifer" or any derivation of said name of war/*nom de guerre*.

I am : *Jennifer Kay Marlow*

   *Maxim: "Equity regards as done that which ought to have been done."*

I, Jennifer-Kay of the family Marlow, affirm under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief so help me God. [28 USC 1746(1)]

Executed this_____*17th*_____day of_____*June*_____two thousand twenty

                                                                Without Prejudice

                              BY:. *Jennifer Kay Marlow*...A.R.
                              Jennifer-Kay Marlow
                              Private American Free Woman,
                              c/o 94 Tatum Road
                              Sarasota, Florida

Witnessed this _____*June 17, 2020*_____ by;

*Tonya Gill*                    Tonya Gill  91 Tatum Rd. Sara. Fl. 34240

*Ellian Rosaire*               Ellian Rosaire 901 East Rd Sra, Fl. 34240

Exhibit X
Page 1 of 2
DECLARATION
OF PROPER NAME

STATE OF FLORIDA        )

                        )        **Acknowledgment**

COUNTY OF SARASOTA  )

Before me the undersigned, a Notary acting within and for the County of Sarasota and State of Florida on this 17th day of ___June___, 2020, personally appeared and known to me - OR - proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument,  to be the identical Woman, Jennifer Kay Marlow, who being duly sworn, declared the above to be true, correct, and not meant to mis-lead, to the best of her firsthand knowledge, understanding, and belief, by her free will and voluntary act and deed by her signature on the foregoing document, executed the within instrument.

Given under my hand and seal this 17th day of ___June___, 2020.

_____
Notary signature                                        Seal

_____
Printed Notary name

My commission expires

Notary Public State of Florida
Eureka L Webb
My Commission GG 208886
Expires 06/12/2022

June 16, 2020

Jennifer Marlow
94 Tatum Road
Sarasota, Florida (34200)

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING**
**C/O CORPORATION SERVICE COMPANY**
**1201 HAYS STREET**
**TALLAHASSEE, FLORIDA 32301-2525**

Attention: NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICER

Re: Loan Number 0578229869 (Judgment # 2019148495)

**QUALIFIED WRITTEN REQUEST**

*Real Estate Settlement Procedures Act of 1974 (RESPA) (12 U.S.C. 2601 et seq.*

Dear Accounting/Legal,

This is a "Qualified Written Request" under Section 6 of the Real Estate Settlement Procedures

Act (RESPA).

I am writing to request:

    (1) Book Entry Ledger Accounting reflecting the recently applied

        "Equitable Credits on Account" as

        Tender was sent on February 12, 2020 and February 13, 2020 and

        February 14, 2020 to Settle this account.

        The Tender sent on February 12 , 2020 was not accepted and was returned.

        Subsequent Tender was ACCEPTED and the instruments DEPOSITED

        by NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING in settlement

        of ALL DEBT of the afore noted account according to the terms of the endorsements,.

1 of 2

The attached Affidavit identifies the instruments Tendered and the processing executed by

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING.

Your prompt response is appreciated according to (12 U.S.C. 2601)

Respectfully,

by *Jennifer Kay Marlow*

Jennifer Kay Marlow,

*without recourse, all rights reserved*

cc   United States Bankruptcy Court

  801 N. Florida Ave

  Tampa, Florida 33602

  Office of Comptroller of the Currency

  4042 Park Oaks Blvd., Suite 240

  Tampa, FL 33610

  Department of the Treasury

  Internal Revenue Service Center

  Ogden, UT 84201-0012

2 of 2

**AFFIDAVIT of Jennifer Marlow**
**FACTS IN EVIDENCE OF TENDER IN ACCORDANCE WITH**
**2019 Florida Statutes 673.6031**
**(Adoption of UCC 3.603)**

Comes now, Jennifer Marlow, your Affiant, being competent to testify and being over the age of 21 years of age, after being duly sworn according to law to tell the truth to the facts related herein states, that she has firsthand knowledge of the truth to the facts stated herein and believes these facts to be true to the best of her knowledge.

In response to a JUDGMENT recorded October 28, 2019, instrument # 2019148495 the following occurred:

On February 12, 2020 I, Jennifer Marlow TENDERED a Financial Instrument Number 25213437393 as a **Special Deposit for Credit On Account** to settle all debts herein. This Tender was sent via a USPS Express (EJ179147201US) to SHELLPOINT MORTGAGE SERVICING and mailed to Shellpoint Mortgage Servicing C/O POST OFFICE BOX 740039, CINCINNATI, OHIO 45274. USPS confirms delivery on February 14, 2020.
Received and Signed for by *Fifth Third.*
See attached EXHIBITS
(A) USPS receipt for posting of envelope containing Tender,
(B) USPS Form 3817 Certificate of Mailing,
(C) Signature Confirmation of Delivery

On February 13, 2020 I, Jennifer Marlow TENDERED a Second Financial Instrument Number 25213437404 as a **Special Deposit for Credit On Account** to settle all debts herein. This Tender was sent via a USPS Express Envelope (EJ179147192US) to SHELLPOINT MORTGAGE SERVICING and sent it to Shellpoint Mortgage Servicing C/O POST OFFICE BOX 740039, CINCINNATI, OHIO 45274. USPS confirms delivery on February 14, 2020.
Received and Signed for by *K Bank*..
See attached EXHIBITS
(D) USPS receipt for posting of envelope containing Tender,
(E) USPS Form 3817 Certificate of Mailing,
(F) Signature Confirmation of Delivery)

On February 14, 2020 I, Jennifer Marlow TENDERED a Third Financial Instrument Number 25213437382 as a **Special Deposit for Credit On Account** to settle all debts herein. This Tender was sent via a USPS Priority Envelope(95108158 6 082 0045 5441 11) to SHELLPOINT

*1 of 15*

MORTGAGE SERVICING and sent it to Shellpoint Mortgage Servicing C/O POST OFFICE BOX 740039, CINCINNATI, OHIO 45274.

USPS confirms delivery on February 19, 2020.

Received and Signed for by _B. Berning_.

See attached EXHIBITS

 (G) USPS receipt for posting of envelope containing Tender,

 (H) USPS Form 3817 Certificate of Mailing,

 (I) Signature Confirmation of Delivery

In response to these mailing the following occurred

On      February 19, 2020 ShellPoint Mortgage Servicing returned the First TENDER with the attached correspondence.

See Exhibit J.

Subsequently the Second TENDER was Accepted and Redeemed.

See Exhibit K.

The Third TENDER was Accepted and Redeemed.

See Exhibit L.

I, Jennifer Marlow, state that the information above is true, to the best of my knowledge.

I confirm that the information here is both accurate and complete, and relevant information has not been omitted under penalty of perjury.

L.S. _Jennifer Marlow_

Jennifer Marlow, *without recourse, all rights reserved*

Witnessed this June ~~25~~ 17, 2020 by:

Linda J. Frary

LINDA J FRARY

3649 ASTER DR

Sarasota FL 34233

Martha Alldritt

Martha Alldritt

8210 Reynolds

SRQ 34243

2 of 15

STATE OF FLORIDA          )

                          )          **Jurat**

COUNTY OF SARASOTA  )


Before me the undersigned, a Notary acting within and for the County of Sarasota and State of Florida on this _17th_ day of _June_____, 2020, personally appeared and known to me - OR - proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument,  to be the identical Woman, Jennifer Kay Marlow, who being duly sworn, declared the above to be true, correct, and not meant to mis-lead, to the best of her firsthand knowledge, understanding, and belief, by her free will and voluntary act and deed by her signature on the foregoing document, executed the within instrument.

Given under my hand and seal this _17th_ day of _June_____, 2020.

_____

Notary signature                                          Seal

_____

Printed Notary name

My commission expires _____

Notary Public State of Florida
Eureka L Webb
My Commission GG 208886
Expires 06/12/2022

*3 of 15*

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamps or
meter postage here.

From: Jennifer Kaye Marlow
94 Tatum Road
Sarasota Florida (34240)
TENDER

To: Shellpoint Mortgage Serve
PO Box 740039
Cincinnati Ohio
45274 0039

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Exhibit "B"

```
=======================================
            GLENGARRY
       935 N BENEVA RD STE 801
       SARASOTA, FL 34232-9998
            118431-0327
            (800)275-8777
         02/12/2020 02:23 PM
=======================================
---------------------------------------
                      Unit       Price
Product          Qty  Price
---------------------------------------
CTOM - Individual - 1    $1.50    $1.50
Domestic
PM Exp 1-Day       1    $26.35   $26.35
Flat Rate Env
   (Domestic)
   (CINCINNATI, OH 45274)
   (Flat Rate)
   (Signature Requested)
   (Scheduled Delivery Day)
   (Friday 02/14/2020 12:00 PM)
   (Money Back Guarantee)
   (USPS Tracking #)
   (EJ179147201US)
PM Exp Insurance                 $0.00
   (Up to $100.00 included)
---------------------------------------
Total:                          $27.85
---------------------------------------
```

Exhibit "A"

4 of 15



**UNITED STATES POSTAL SERVICE**

February 20, 2020

Dear jennifer marlow:

The following is in response to your request for proof of delivery on your item with the tracking number:
**EJ17 9147 201U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | February 13, 2020, 11:49 am |
| **Location:** | CINCINNATI, OH 45202 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | Insured |
| | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | F THIRD |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Exhibit "C"

5 of 15

**UNITED STATES POSTAL SERVICE®**    **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Jennifer Kaye Marlor
94 Tatam Road
Sarasota Florida [34240]

To: Shellpoint Mortgage Servicer
P.O. Box 740039
Cincinnati, Ohio
45274-0039

*GLENGARRY STATION — Postmark Here — SARASOTA FL 34232*

TENDER

Exhibit "E"

PS Form 3817, April 2007  PSN 7530-02-000-9065

HELP US SERVE YOU BETTER

```
===============================================
              GLENGARRY
        935 N BENEVA RD STE 801
        SARASOTA, FL 34232-9998
             118431-0327
            (800)275-8777
         02/13/2020 02:02 PM
===============================================
===============================================
-----------------------------------------------
Product            Qty   Unit     Price
                         Price
-----------------------------------------------
PM Exp 1-Day         1   $26.35   $26.35
Flat Rate Env
    (Domestic)
    (CINCINNATI, OH 45274)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Day)
    (Saturday 02/15/2020 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EJ179147192US)
PM Exp Insurance              $0.00
    (Up to $100.00 included)
CTOM   Individual - 1  $1.50   $1.50
Domestic
-----------------------------------------------
Total:                        $27.85
-----------------------------------------------
Debit Card Remit'd            $27.85
```

Exhibit "D"

6 of 15


**UNITED STATES**
**POSTAL SERVICE**

March 24, 2020

Dear jennifer marlow:

The following is in response to your request for proof of delivery on your item with the tracking number:
**EJ17 9147 192U S**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | February 14, 2020, 11:28 am |
| **Location:** | CINCINNATI, OH 45202 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | Insured |
| | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | K BANK |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 2.0oz |

**Recipient Signature**



| | |
|---|---|
| Signature of Recipient: | K. Bank |
| Address of Recipient: | 4571 |

Note: Scanned image may reflect a different destination address due to intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

*Exhibit "F"*

*7 of 15*

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: JenniFer MARlow
℅ 94 Tatum Road
SARASOTA, FloridA
(34240)

TENDER

To: Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, Ohio
45274-0039

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

Exhibit "H"

---

John ic

GLENGARRY
935 N BENEVA RD STE 801
SARASOTA, FL 34232-9998
118431-0327
(800)275-8777
02/14/2020 02:17 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| CTOM - Individual - Domestic | 1 | $1.50 | $1.50 |
| PM 2-Day Flat Rate Env (Domestic) (CINCINNATI, OH 45274) (Flat Rate) (Expected Delivery Day) (Wednesday 02/19/2020) (USPS Tracking #) (9510 8158 6082 0045 5441 11) | 1 | $7.75 | $7.75 |
| Insurance (Up to $50.00 included) | | | $0.00 |
| Sign Conf | | | $3.15 |
| Total: | | | $12.40 |

Exhibit "G"

8 of 15


**UNITED STATES**
**POSTAL SERVICE**

February 20, 2020

Dear jennifer marlow:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9510 8158 6082 0045 5441 11.**

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | February 19, 2020, 11:00 am |
| **Location:** | CINCINNATI, OH 45274 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Actual Recipient Name:** | B BERNING |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 2.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Exhibit
" I '

9 of 15

**UNITED STATES POSTAL SERVICE**    **POSTAL MONEY ORDER**

Serial Number    Year Month Day    34 Post Office    U.S. Dollars and Cents

25213437393    ~~Twenty~~ One Dollars and 00/100 ************    $21.00

Amount

Pay to: *Shellpoint Mortgage Servicing*

Address: *P.O.Box 740039*
*CINCINNATI OHiO 45274 0039*    *Jennifer Marlow  94 Tatum Road*
*the AUTHORIZED REPRESENTATIVE PERSON - Administer DER*
*Sarasota Florida [34240] 264-84354*

*Account 0598229869*

Memo: *TENDER SPECIAL DEPOSIT FOR CREDIT ON ACCOUNT FOR ALL DEBTS*
*REFUSAL IS DISCHARGE per UCC 3603 (b)*

© 2008 United States Postal Service. All Rights Reserved.    SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800 2⑆    25213437393⑈

00021420 0630 010 6

MAXIMUM VALUE ONE THOUSAND DOLLARS

ENDORSEMENT SIGNATURE

WARNING-CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

*Exhibit "J"*

*10 of 15*

# Shellpoint Mortgage Servicing

| | | |
|---|---|---|
| P.O. Box 10826 | Phone Number: (800) 365-7107 | Monday - Friday: 8am - 10pm EST |
| Greenville, SC 29603-0826 | Fax: (866) 467-1184 | Saturday: 8am - 3pm EST |
| www.ShellpointMtg.com | e-Mail: LoanServicing@ShellpointMtg.com | |

February 19, 2020

RALPH V MARLOW
94 TATUM RD
SARASOTA, FL 34240

*********************
* Returned Check *
*********************

**Loan Number:** 0578229869
**Check Number:** 25213437393
**Check Amount:** $21.00

Dear Valued Customer,

Enclosed is a check we are returning to you because your loan is more than 90 days past due and you are not in an active workout with Shellpoint Mortgage Servicing ("Shellpoint").

We would like to apologize for any inconvenience experienced regarding this issue. If you would like to contact Shellpoint to discuss your options, please call our Customer Service department and ask to speak with a Loss Mitigation specialist.

If you have any questions or concerns, please contact our Customer Service department at (800) 365-7107.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número (800) 365-7107.

Sincerely,

Shellpoint Mortgage Servicing
(800) 365-7107

**PLEASE SEE NEXT PAGE FOR IMPORTANT NOTICES**

*Exhibit "J"*

*11 of 15 (1 of 3)*

©2019 NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A NewRez Mortgage LLC in the States of Texas and Arkansas, D/B/A Shellpoint Mortgage Servicing, NMLS ID 3013

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

The following is a Spanish translation of the information previously provided:

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

El objeto de la presente notificación es gestionar el cobro de la deuda, y toda información obtenida será utilizada a tal fin. La presente comunicación proviene de un agente de cobro de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una eliminación de esta deuda por bancarrota: tenga en cuenta que esta notificación tiene como fin informarle el estado de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ningno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud del Artículo 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

"J"
(2 of 3)
12 of 15



Presort
First Class Mail
ComBasPrice

**Shellpoint** MS 003
Mortgage Servicing   PO Box 10826
Greenville SC 29603

889805010   79  AMHSNMB  34240

J

(3 of 3)
13 of 15


**UNITED STATES**
**POSTAL SERVICE**®

April 13, 2020

ɪlɪɪllɪɪɪlɪɪlɪɪllɪɪɪllɪɪɪɪɪllllɪɪɪɪlɪɪɪlɪll

JENNIFER K MARLOW

94 TATUM RD
SARASOTA, FL  34240-9105

ILN: F0055305455399

Dear Postal Customer:

A copy of the money order per your PS Form 6401 Money Order Inquiry is below.

If you have any additional concerns or questions, write to us at the address indicated
below and enclose a copy of your customer receipt and this letter.

ACCOUNTING SERVICE CENTER
GENERAL ACCOUNTING BRANCH
PO BOX 82428
ST. LOUIS, MO 63182-2428

1-866-974-2733

*Exhibit "K"*

*14 of 15*


**UNITED STATES**
**POSTAL SERVICE**®

April 13, 2020

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

JENNIFER K MARLOW

94 TATUM RD
SARASOTA, FL  34240-9105

ILN: F0056334312363
Dear Postal Customer:
A copy of the money order per your PS Form 6401 Money Order Inquiry is below.



If you have any additional concerns or questions, write to us at the address indicated
below and enclose a copy of your customer receipt and this letter.

ACCOUNTING SERVICE CENTER
GENERAL ACCOUNTING BRANCH
PO BOX 82428
ST. LOUIS, MO 63182-2428

1-866-974-2733

*Exhibit*
*"L"*
*15 of 15*

Clerk of United States Bankruptcy Ct.
Sam Gibbons Courthouse
801 N Florida Ave Str 555
Tampa, Florida 33602

EXPECTED DELIVERY DAY: 06/23/20                                0006

                                                               5.50 oz

SHIP
TO:

801 NORTH FLORIDA AVE
TAMPA FL 33602

USPS TRACKING® NUMBER

9505 5066 6551 0174 2194 70