United States Bankruptcy Court
Middle District of Florida

In re:                                                                                                    Case No. 20-01383-CPM
Jennifer Kaye Marlow                                                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: rscanlon          Page 1 of 1          Date Rcvd: Jun 25, 2020
                             Form ID: pdfdoc          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
db            +Jennifer Kaye Marlow,    94 Tatum Road,    Sarasota, FL 34240-9105
cr            +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 5703,    Clearwater, FL 33758-5703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Achieva Credit Union
                                                                              TOTALS: 1, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
          Christopher Giacinto    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           cgiacinto@padgettlaw.net
          Gavin Stewart    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bk@stewartlegalgroup.com
          Jon Waage    jwflecf@trustee13.com
          Jon Waage    on behalf of Trustee Jon Waage jwflecf@trustee13.com
          United States Trustee - TPA7/13, 7    USTPRegion21.TP.ECF@USDOJ.GOV
          Victor H Veschio    on behalf of Creditor   Achieva Credit Union BANKRUPTCY@GIBBLAW.COM,
           VVESCHIO@GIBBLAW.COM
                                                                              TOTAL: 6

ORDERED.

**Dated:  June 25, 2020**

*Catherine M. Ewen*

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Jennifer Kaye Marlow

Case No.
8:20–bk–01383–CPM
Chapter 13

_____Debtor*_____/

**ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE**

THIS CASE came on for hearing on  June 24, 2020 , for consideration of the **Motion for Order to Show Cause** (Doc. **44** ), filed by **Debtor Jennifer Marlow** .

For the reasons stated orally and recorded in open court, the Motion for Order to Show Cause is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.