[jiffyord] [Bench Order +]

ORDERED.

Dated:  July 07, 2020

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                                    Case No.
                                                                                                          8:20−bk−01383−CPM
                                                                                                          Chapter 13

Jennifer Kaye Marlow

_____Debtor*_____/

### AMENDED** ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE

THIS CASE came on for hearing on  June 24, 2020 , for consideration of the **Motion for Order to Show Cause** (Doc. **44** ), filed by **Debtor Jennifer Marlow** .

For the reasons stated orally and recorded in open court, the Motion for Order to Show Cause is Denied; provided, however, that within 14 days of entry of this amended order NewRez, LLC, d/b/a Shellpoint Mortgage Servicing, shall provide the Debtor with an accounting in connection with the Objection to Claim (Doc. 33) that was also set for hearing on June 24, 2020.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

**Amended to require Debtor be provided with an accounting.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.