Filed Via Mail

JUL 08 2020

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

In re   Jennifer K Marlow   )
                            )
                            ) Case No. 8:20-01383
                            )       Chapter 13
       Debtor.[1]           )
                            )

## OBJECTION TO DENIAL OF MOTION TO SHOW CAUSE AND VERBAL NOTICE OF LIFT OF STAY

Debtor(s), Jennifer Marlow, sui juris, objects to the Denial of the Motion to Show Cause as the Claimant had not responded to Debtor's request for proof that the alleged debt had not been settled according to FL Statute 673.6031.

Whereas, the debt has not been affirmed subsequent to the Judgment, Debtor, Objects to the Court's verbal instruction related to the Lift of Stay.

For the RECORD.

Dated: July 3, 2020

/s/ by: _____
*All Rights Reserved*
Jennifer Marlow
c/o 94 Tatum Road, Sarasota, Florida
(34240)  941 209 2100
Jenniferlm4994@gmail.com

**PROOF OF SERVICE**

  A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on May 11, 2020
to:
Chapter 13 Trustee; Debtors; and Creditor.

/s/ by: _Jennifer Marlow_
*All Rights Reserved*
Jennifer Marlow (jenniferlm4994@gmail.com)
c/o 94 Tatum Road, Sarasota, Florida (34240)
941 209 2100



Jennifer Marlow
94 Tatum Rd.
Sarasota, FL 34240