Filed Via Mail
AUG 24 2020
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

2 Pages Scanned by BL

United States Bankruptcy Court
Middle District of Florida
Tampa Division
801 N. Florida Ave
Tampa FL. 3360

FILED VIA MAIL

AUG 24 2020

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

I, Jennifer Kay Marlow wish to withdraw my petition for Relief in Chapter 13 at this time. Case 8:20-bK-01383-CPM.

Respectfully Submitted,

Jennifer Kay Marlow
without Prejudice ARR
8/20/2020

RF 122975452-007

